[No. 24530–9–I.  Division One.  July 22, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LIONEL
BERRYSMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89–1–01633–4, Frank L. Sullivan, J., entered
June 30, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Grosse, C.J., and Webster, J.

[No. 22916–8–I.  Division One.  July 22, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
J. STEWART, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88–1–01939–4, Susan R. Agid, J., entered September 14, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Grosse, C.J., and Webster, J.

[No. 26319–6–I.  Division One.  July 22, 1991.]

ROBERT HIBBS, ET AL, *Appellants,* v. ABBOTT
LABORATORIES, ET AL, *Defendants,*
KIRKMAN LABORATORIES, INC.,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 88–2–07249–3, Norman W. Quinn, J., entered
May 10, 1990. *Reversed* by unpublished opinion per
Pekelis, J., concurred in by Webster, A.C.J., and Scholfield,
J. Now published in 62 Wn. App.